No. 82–5866.  SMITH *v.* OHIO.  Ct. App. Ohio, Summit County.  Certiorari denied.

No. 82–5870.  JONES *v.* KEOHANE, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 82–5878.  DISILVESTRO *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 82–5891.  BEASON *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 82–5893.  OMERNICK *v.* CAROW ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 82–5901.  RUSSELL *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 82–5907.  PETTEE *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 82–5908.  RAY *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 82–5917.  BAYSDEN *v.* DEPARTMENT OF THE NAVY ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 82–5927.  CARR *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 81–2362.  B. F. DIAMOND CONSTRUCTION CO., INC., ET AL. *v.* LEMELLE ET AL.  C. A. 4th Cir.  Certiorari denied.  JUSTICE BLACKMUN would grant certiorari.

No. 82–314.  WHITE, SUPERINTENDENT, MISSOURI TRAINING CENTER FOR MEN *v.* THOMPSON.  C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.